# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00397-CR

**Tarrance Shon Forister, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 17-0568-K26, THE HONORABLE DONNA GAYLE KING, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Tarrance Shon Forister has filed a motion to dismiss his appeal.  The motion is signed by both appellant and his attorney.  *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal.  *See id.*

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed on Appellant's Motion

Filed:  April 24, 2020

Do Not Publish